FILED

UNITED STATES DISTRICT COURT ₁₄ FEB 2b ₱ 2:48
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. No. 14-29 M |
| | ) |
| | ) In violation of: |
| vs. | ) |
| | ) Count 1: 18 U.S.C. § 666 |
| | ) (Federal Program Fraud Bribery) |
| | ) |
| CHARLES D. MOREAU | ) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
18 U.S.C. §§ 666(a)(1)(B)
(Federal Program Fraud Bribery)

1.    From in or about March 2009 to in about April 2010, in the District of Rhode
Island, Defendant,

CHARLES D. MOREAU,

being an agent of a local government, to wit: the City of Central Falls, Rhode Island,

which local government received in excess of $10,000 under one or more federal

programs involving grants, contracts and other forms of federal assistance in a one-year

period, did knowingly and corruptly, solicit, demand, accept, and agree to accept

something of value, that is, a furnace, home renovations, and flood remediation services

from another person, intending to be influenced and rewarded in connection with a

transaction and series of transactions of the City of Central Falls involving $5,000 or

more, that is, work boarding up vacant buildings.

All in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2.


PETER F. NERONHA
UNITED STATES ATTORNEY


TERRENCE P. DONNELLY
Assistant U.S. Attorney


J. PATRICK YOUNGS
Special Assistant U.S. Attorney


ADI GOLDSTEIN
Assistant U.S. Attorney
Criminal Chief